**Jamie B. SWIDECKI, Petitioner,**

v.

**DEPARTMENT OF COMMERCE, Respondent.**

**No. 2011–3049.**

United States Court of Appeals, Federal Circuit.

March 1, 2011.

Jamie B. Swidecki, Bakersfield, CA, pro se.

Jessica R. Toplin, Department of Justice, Frank M. Walsh, Department of Commerce, Washington, DC, for Respondent.

*ORDER*

Petitioner having filed the required Statement Concerning Discrimination, Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's February 4, 2011 dismissal order is vacated, the mandate recalled, and the petition for review is reinstated.

(2) Respondent's should calculate their brief due date from the filing date of this order.